JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SADEQ AHMED NAJI,<br><br>              Plaintiff,<br><br>   v.<br><br>JANET NAPOLITANO, Secretary of the United States Department of Homeland Security and ERIC H. HOLDER, JR., Attorney General of the United States,<br><br>             Defendants. | No. C 09-3491 SI<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

///

///

///

///

///

Stipulation to Dismiss
C 09-3491 SI                                  1

1   Each of the parties shall bear their own costs and fees.

2   Dated: September 11, 2009                    Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4

5                                                _____/s/_____
                                                 ILA C. DEISS[1]
6                                                Assistant United States Attorney
                                                 Attorneys for Defendants
7

8

9   Date: September 11, 2009                     _____/s/_____
                                                 ALAN M. KAUFMAN
10                                               Attorney for Plaintiff

11

12                          **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date: _____
                        SUSAN ILLSTON
16                      United States District Judge

17

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-3491 SI                                     2